FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2019 SEP -4 P 3: 26

CLERK US...
ALEX...

| UNITED STATES OF AMERICA | Case No. 1:19-MJ-389 |
|---|---|
| v. | Class A Misdemeanor |
| LANFORD PARROTT, | |
| Defendant. | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT on or about March 8, 2019, the defendant, LANFORD PARROTT, did deposit for mailing at a United States Post Office 50 M-80 explosive devices, which were thereafter conveyed in the United States Mail to an address in Bristow, Virginia, within the Eastern District of Virginia.

(In violation of Title 18, United States Code Section 1716(a)).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: September 4, 2019      By: _____
Steven T. Brantley
Special Assistant United States Attorney