# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** IDD

City:
Superseding Indictment:
**Criminal No.** 1:19MJ-389

County: Prince William
Same Defendant:
New Defendant: x

Magistrate Judge Case No.:
**Arraignment Date:**

Search Warrant Case No.:
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** LANFORD PARROTT
Alias(es):
☐ Juvenile  FBI No.

**Address:** Creedmoor, NC

Employment:

**Birth Date:** xx/xx/1962   **SSN:** xxx-xx-5184   **Sex:** Male   Race:   Nationality:

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter  **Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** Kevin Wilson   ☐ Court Appointed   Counsel Conflicts:

**Address:**   ☐ Retained

**Phone:**   ☒ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Steven T. BRantley   **Phone:** 703-299-3949   Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Steven Letteney, ATF

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1716(a) | Mailing explosive devices | 1 | Misdemeanor |
| Set 2: | | | | |

**Date:** 09/04/2019   **AUSA Signature:**   *may be continued on reverse*